UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ASHTON R. O'DWYER, JR. ET AL     *           CIVIL ACTION

VERSUS                                *           NO: 06-10811

UNITED STATES OF AMERICA, ET AL     *           SECTION: "D"(3)

### ORDER AND REASONS

In the court's "Order and Reasons" (Doc. No. 113), the court issued various rulings, including the **STAY** of the **"Motion to Dismiss for Failure to State a Claim, Failure to Join Indispensable Parties and to Strike"** (Doc. No. 72) filed by Defendants: Parish of Jefferson; Department of Inspections, Parish of Jefferson; Louis Savoye; Department of Environmental Affairs, Parish of Jefferson; Marnie Winter; and East Jefferson Waterworks District No. 1 (collectively referred to as the "Jefferson Parish Defendants").

The court now finds that at this stage of the litigation and for judicial efficiency, the Jefferson Parish Defendants' **"Motion to Dismiss for Failure to State a Claim. Failure to Join Indispensable Parties and to Strike"** (Doc. No. 72)) should be and

is hereby **DISMISSED AS PREMATURE**, but without prejudice to the right of the Jefferson Parish Defendants to re-notice this motion for hearing after resolution of the ownership issue.

New Orleans, Louisiana, this **4th** day of **September, 2007.**

                                    _____
                                              A.J. McNAMARA
                                     UNITED STATES DISTRICT JUDGE