```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

ASHTON R. O'DWYER, JR. ET AL    *        CIVIL ACTION

VERSUS                          *        NO: 06-10811

UNITED STATES OF AMERICA, ET    *        SECTION: "D"(3)
AL
```

## ORDER AND REASONS

Before the court is the **"Motion for Reconsideration, to Strike, and/or to Amend Order [Doc. No. 113] and/or to Stay Order [Doc. No. 113]" (Doc. No. 126)** filed by Defendants, Kirk Bonner, Sigrid Bonner, Scott Campbell, Thomas Coleman, Robert Dupuy, Robert Fry, Ian Grue, Jamie Grue, John Koerner, Catherine Mitchell, Hope Sartorio, Marian Schramm and Sidney Snow.  Plaintiffs filed a memorandum in opposition.  The motion, set for hearing on Wednesday, October 10, 2007, is before the court on briefs, without oral argument.

Having considered the memoranda of counsel, the record, and the applicable law, the court finds that the motion should be

**DENIED.**[1]  Accordingly;

**IT IS ORDERED** that the **"Motion for Reconsideration, to Strike, and/or to Amend Order [Doc. No. 113] and/or to Stay Order [Doc. No. 113]" (Doc. No. 126)** filed by Defendants, Kirk Bonner, Sigrid Bonner, Scott Campbell, Thomas Coleman, Robert Dupuy, Robert Fry, Ian Grue, Jamie Grue, John Koerner, Catherine Mitchell, Hope Sartorio, Marian Schramm and Sidney Snow, be and is hereby **DENIED.**

The Plaintiffs' **"Motion Regarding Service of Summons, Etc." (Doc. No. 130)** will be heard before Judge McNamara, and not Magistrate Judge Knowles, on **Wednesday, October 24, 2007**.  The motion will be decided on the briefs, without oral argument.

New Orleans, Louisiana, this **10th** day of **October, 2007**.

                                                                    A.J. McNAMARA
                                     UNITED STATES DISTRICT JUDGE

---

[1] The court notes that part of the relief sought by Defendants (in the instant motion) is a statement from the court allowing Defendants to take an immediate appeal under 28 U.S.C. §1292.  On October 4, 2007, Defendant Sigrid Bonner filed a "Petition for Writ of Mandamus" with the Fifth Circuit under Fifth Circuit Docket No. 07-30928, and in that Petition, Petitioner Bonner makes many of the same arguments made in the instant motion.