UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASHTON R. O'DWYER, JR. ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 06-10811 |
| UNITED STATES OF AMERICA, ET AL | * | SECTION: "D"(3) |

## ORDER AND REASONS

Ashton R. O'Dwyer recently named, among others, the undersigned as a Defendant in Civil Action No. 08-3170, filed in the Eastern District of Louisiana. Accordingly, it is appropriate that this matter, Civil Action No. 06-10811, be and is hereby **STAYED** until further Order from this court.

New Orleans, Louisiana, this **12th** day of **May, 2008**.

A.J. McNAMARA
UNITED STATES DISTRICT JUDGE